IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS



**FILED**
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

**NOV 06 2013**

JAMES W. McCORMACK, CLERK
By:_____
DEP CLERK

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | No.  4:13CR 326- BRW |
| vs. | ) | |
| | ) | |
| JASON WOODRING | ) | Title 18, U.S.C. § 1992(a)(4)(A) |
| | ) | Title 18, U.S.C. § 1992(b)(1) |
| | ) | Title 18, U.S.C. § 1366(a) |
| | ) | Title 18, U.S.C. § 844(h) |
| | ) | Title 18, U.S.C. § 844(i) |
| | ) | Title 26, U.S.C. § 5861(d) |
| | ) | Title 18, U.S.C. § 922(g)(3) |
| | ) | Title 18, U.S.C. § 3013 |
| | ) | Title 18, U.S.C. § 3571 |
| | ) | Title 18, U.S.C. § 3583 |

## INDICTMENT

THE GRAND JURY CHARGES THAT:

### COUNT ONE

On or about August 21, 2013, in the Eastern District of Arkansas, the defendant,

**JASON WOODRING,**

knowingly and without lawful authority and permission, made hazardous to work on and use,

any track and any other way, structure, property, and appurtenance used in the operation of,

and in support of the operation of, a railroad carrier engaged in interstate and foreign

commerce, knowing and having reason to know such activity would likely derail, disable,

and wreck railroad on-track equipment, and the railroad on-track equipment was carrying a

1

passenger or employee at the time of the offense.

All in violation of Title 18, United States Code, Sections 1992(a)(4)(A) and 1992(b)(1).

## COUNT TWO

On or about August 21, 2013, in the Eastern District of Arkansas, the defendant,

### JASON WOODRING,

knowingly and willfully damaged and attempted to damage the property of an energy facility in an amount that in fact exceeded $100,000.

All in violation of Title 18, United States Code, Section 1366(a).

## COUNT THREE

On or about September 29, 2013, in the Eastern District of Arkansas, the defendant,

### JASON WOODRING,

knowingly and willfully damaged and attempted to damage the property of an energy facility in an amount that in fact exceeded $100,000.

All in violation of Title 18, United States Code, Section 1366(a).

## COUNT FOUR

On or about September 29, 2013, in the Eastern District of Arkansas, the defendant,

**JASON WOODRING,**

knowingly used fire to commit a felony prosecutable in a court of the United States, namely

Destruction of an Energy Facility, as charged in Count Three of this Indictment.

All in violation of Title 18, United States Code, Section 844(h).


## COUNT FIVE

On or about September 29, 2013, in the Eastern District of Arkansas, the defendant,

**JASON WOODRING,**

maliciously damaged and destroyed, and attempted to damage and destroy, by means of fire,

a building, namely an extra high voltage station located at 8545 Highway 165 West in or near

Scott, Arkansas, which was used in interstate commerce and in any activity affecting

interstate commerce.

All in violation of Title 18, United States Code, Section 844(i).

## COUNT SIX

On or about October 6, 2013, in the Eastern District of Arkansas, the defendant,

## JASON WOODRING,

knowingly and willfully damaged and attempted to damage the property of an energy facility

and caused and attempted to cause a significant interruption and impairment of a function of

an energy facility.

All in violation of Title 18, United States Code, Section 1366(a).


## COUNT SEVEN

On or about October 11, 2013, in the Eastern District of Arkansas, the defendant,

## JASON WOODRING,

knowingly possessed a firearm, as defined in Title 26, United States Code, Section 5845, to

wit:  a New England Firearms, Model SB1, 20-gauge shotgun, bearing an obliterated serial

number, which had been modified to have a barrel of less than 18 inches in length, which

was not registered to him in the National Firearms Registration and Transfer Record.

All in violation of Title 26, United States Code, Section 5861(d).

## COUNT EIGHT

On or about October 11, 2013, in the Eastern District of Arkansas, the defendant,

**JASON WOODRING,**

then being an unlawful user of and addicted to a controlled substance as defined in Title 21,

United States Code, Section 802, to wit: methamphetamine, knowingly possessed, in and

affecting commerce, one or more of the following:

a)      A firearm, to wit: a Mosin Nagant, model 91-30, 7.62X54R caliber rifle, serial
number T131762;

b)      A firearm, to wit: a Mossberg, model 835, 12 gauge shotgun, serial number
UM480185;

c)      A firearm, to wit: a Marlin, model 75, .22 caliber rifle, manufactured without a
serial number;

d)      A firearm, to wit: a Remington, model 870, 12 gauge shotgun, serial number
B819409M;

e)      A firearm, to wit: a New England Firearms, Model SB1, 20-gauge shotgun,
bearing an obliterated serial number;

f)      Ammunition, to wit:  Sixty five (65) rounds of assorted Remington, Federal
and Winchester, 12 gauge shotgun ammunition;

g)      Ammunition, to wit:  Twenty two (22) rounds of Russian manufactured,
7.62X54R caliber rifle ammunition;

5

h)      Ammunition, to wit:  Five (5) rounds of Remington brand, 20 gauge shotgun ammunition;

i)      Ammunition, to wit:  Sixty seven (67) rounds of Federal brand, 20 gauge shotgun ammunition;

j)      Ammunition, to wit:  Nine (9) rounds of Federal brand, .22 caliber rifle/pistol ammunition;

k)      Ammunition, to wit:  Seven (7) rounds of assorted Winchester and Federal, 12 gauge shotgun ammunition;

l)      Ammunition, to wit:  Forty one (41) rounds of Remington brand, 12 gauge shotgun ammunition;

m)      Ammunition, to wit:  Sixty five (65) rounds of Winchester brand, 12 gauge shotgun ammunition;

n)      Ammunition, to wit:  Five (5) rounds of Federal brand, 12 gauge shotgun ammunition.

All in violation of Title 18, United States Code, Section 922(g)(3).


## FORFEITURE ALLEGATION ONE

Upon conviction of Count 8 of this Indictment, the defendant,

## JASON WOODRING,

shall forfeit to the United States, under 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c), all firearms

and ammunition involved in or used or intended to be used, in any manner or part, to commit the offense, including but not limited to:

a)      A firearm, to wit: a Mosin Nagant, model 91-30, 7.62X54R caliber rifle, serial number T131762;

b)      A firearm, to wit: a Mossberg, model 835, 12 gauge shotgun, serial number UM480185;

c)      A firearm, to wit: a Marlin, model 75, .22 caliber rifle, manufactured without a serial number;

d)      A firearm, to wit: a Remington, model 870, 12 gauge shotgun, serial number B819409M;

e)      A firearm, to wit: a New England Firearms, Model SB1, 20-gauge shotgun, bearing an obliterated serial number;

f)      Ammunition, to wit:  Sixty five (65) rounds of assorted Remington, Federal and Winchester, 12 gauge shotgun ammunition;

g)      Ammunition, to wit:  Twenty two (22) rounds of Russian manufactured, 7.62X54R caliber rifle ammunition;

h)      Ammunition, to wit:  Five (5) rounds of Remington brand, 20 gauge shotgun ammunition;

i)      Ammunition, to wit:  Sixty seven (67) rounds of Federal brand, 20 gauge shotgun ammunition;

j)      Ammunition, to wit:  Nine (9) rounds of Federal brand, .22 caliber rifle/pistol ammunition;

k)      Ammunition, to wit:  Seven (7) rounds of assorted Winchester and Federal, 12 gauge shotgun ammunition;

l)      Ammunition, to wit:  Forty one (41) rounds of Remington brand, 12 gauge shotgun ammunition;

m)      Ammunition, to wit:  Sixty five (65) rounds of Winchester brand, 12 gauge shotgun ammunition;

n)      Ammunition, to wit:  Five (5) rounds of Federal brand, 12 gauge shotgun ammunition;

o)      A firearm, to wit:  A Remington, Model 597 (barrel and receiver only), .22 caliber rifle, bearing serial number A2735551.

## FORFEITURE ALLEGATION TWO

Upon conviction of Count 7 of this Indictment, the defendant,

## JASON WOODRING,

shall forfeit to the United States, under 26 U.S.C. § 5872 and 28 U.S.C. § 2461(c), all firearms and ammunition involved in or used or intended to be used, in any manner or part, to commit the offense, including but not limited to a  New England Firearms, Model SB1, 20-gauge shotgun, bearing an obliterated serial number.

[End of Text.  Signature Page Attached.]

8