UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | PLAINTIFF |
| | ) | |
| v. | ) | CASE NO.   4:13CR00326 BRW |
| | ) | |
| | ) | |
| JASON WOODRING | ) | DEFENDANT |

### MOTION FOR PSYCHIATRIC EVALUATION

Appointed counsel, on behalf of Jason Woodring, and in support of this Motion, states as follows:

The Federal Public Defender Office respectfully moves this Court for a hearing pursuant to Title 18, United States Code, Section 4241(a) to determine the mental competency of the defendant, whether or not the defendant is presently suffering from a mental disease or defect rendering him mentally incompetent to the extent that he is unable to understand the nature and consequences of the proceedings against him or to assist properly in his defense.

The Federal Public Defender Office further moves the Court to order, prior to the date of the hearing, that a psychiatric or psychological examination of the defendant be conducted, and that a psychiatric or psychological report be filed with the Court pursuant to the provisions of Title 18, United States Code, Section 4247 (b) and (c).

Further, in the interest of efficiency in the administration of justice and the avoidance of unnecessary pretrial delay, the Federal Public Defender Office respectfully recommends

that the defendant be committed to the custody of the Attorney General for placement in a suitable facility for a period not to exceed forty-five (45) days, and that such psychiatric or psychological examination and report address the issue of whether or not the defendant was insane at the time of the offense charged, pursuant to Title18, United States Code, Sections 4242 (a) and 4247(b) and (c).

The Federal Public Defender Office submits that any delay in commencing the trial of this case occasioned by the examination requested herein should be excluded under the provisions of the Speedy Trial Act as provided by Title 18, United States Code, Sections 3161 (h) (1) (A) and (H).

WHEREFORE, the Defendant respectfully requests that this Court grant his Motion and for all other proper relief.

          Respectfully submitted,

          JENNIFFER HORAN
          FEDERAL DEFENDER


    By:    /s/ Chris Tarver
          Bar Number 87170
          Chris Tarver
          Senior Litigator
          The Victory Building, Suite 490
          1401 West Capitol Avenue
          Little Rock, AR 72201
          (501) 324-6113
          E-mail: chris_tarver@fd.org

    For:    Jason Woodring, Defendant

## CERTIFICATE OF SERVICE

      I hereby certify that on this 18th day of November, 2013, a true and correct copy of the foregoing was mailed to the Defendant, and was electronically filed with the Clerk of the Court using the CM/ECF system, which shall send notification to the following:

Michael Gordon
Assistant United States Attorney
P.O. Box 1229
Little Rock, AR 72203
email: michael.gordon@usdoj.gov

Jason Woodring, Defendant

                                      /s/Chris Tarver
                                      Chris Tarver