

**U.S. Department of Justice**

**Federal Bureau of Prisons**

**Metropolitan Detention Center**

---

*535 N. Alameda Street*
*Los Angeles, California 90012*

March 7, 2014

The Honorable Billy Roy Wilson
United States District Judge
Eastern District of Arkansas
500 West Capitol Avenue
Little Rock, Arkansas 72201

TO: *[handwritten] Saw Clerk*

RE: Jason Woodring
Case No: 4:13-CR-00326-01-BRW
Reg. No.: 28158-009

Dear Judge Wilson:

This is in response to your court order dated December 2, 2013, which committed Mr. Woodring for an examination, pursuant to 18 U.S.C., § 4241 and § 4242. Mr. Woodring was designated to our facility on November 26, 2013 and arrived at the Metropolitan Detention Center (MDC), Los Angeles, California, on January 10, 2014.

Pursuant to 18 U.S.C. 4247 (b), the defendant may be committed for a period of up to 45 days so that our Psychology staff can complete an evaluation. Our clinical psychologist requests a 15-day extension as permitted by the statute to complete the testing and examination necessary to develop a history, diagnosis, and opinion. We would also ask the Court to determine that commitment for the evaluation commence upon his arrival at our facility. A prior letter indicated an anticipated evaluation completion date of February 24, 2014. Upon further clarification that the evaluation includes an assessment of sanity at the time of the offense, it is anticipated that the evaluation will be completed by March 11, 2014. The report will be submitted to the Court within three weeks of completion of the evaluation. You can expect to receive the report April 1, 2014, should you grant our request for an extension.  *[handwritten] OK*

If you should have any questions regarding the evaluation, please contact Dr. Lisa Hope, Chief Psychologist at (213) 485-0439, ext. 5468. For any other questions, please contact me directly.

Sincerely,

*[signature]*
L. R. Thomas
Warden