## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

UNITED STATES OF AMERICA

VS.                               4:13-CR-00326-01-BRW

JASON WOODRING

### ORDER

The Motion for Extension of Time to Complete Defendant's psychological evaluation under 18 U.S.C. §§ 4241 and 4242 (Doc. No. 20) is GRANTED.  Based on 18 U.S.C. § 3161(h)(1)(A), this time period is excludable under the Speedy Trial Act.

IT IS SO ORDERED this 19th day of March, 2014.


/s/Billy Roy Wilson
UNITED STATES DISTRICT JUDGE