IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS

UNITED STATES OF AMERICA

v.                         No. 4:13CR00326 BRW

JASON WOODRING

**FINAL ORDER OF FORFEITURE**

On May 18, 2015, the Court entered a Preliminary Order of Forfeiture (Dkt. 33), ordering Jason Woodring ("Defendant") to forfeit his interest in:

- A. a Mossberg, model 835, 12 gauge shotgun, Serial Number UM480185;
- B. a Marlin, model 75, .22 caliber rifle, manufactured without a serial number;
- C. a Remington, model 870, 12 gauge shotgun, serial number B819409M;
- D. a New England Firearms, Model SB1, 20-gauge shotgun, bearing an obliterated serial number;
- E. Sixty five rounds of assorted Remington, Federal and Winchester, 12 gauge shotgun ammunition;
- F. Twenty two rounds of Russian manufactured, 7.62X54R caliber rifle ammunition;
- G. Five rounds of Remington brand, 20 gauge shotgun ammunition;
- H. Sixty seven rounds of Federal brand, 20 gauge shotgun ammunition;
- I. Nine rounds of Federal brand, .22 caliber rifle/pistol ammunition;
- J. Seven rounds of assorted Winchester and Federal, 12 gauge shotgun ammunition;
- K. Forty one rounds of Remington brand, 12 gauge shotgun ammunition;
- L. Sixty five rounds of Winchester brand, 12 gauge shotgun ammunition;

M.      Five rounds of Federal brand, 12 gauge shotgun ammunition; and

N.      a Remington, Model 597 (barrel and receiver only) .22 caliber rifle, serial number A2735551.

(collectively "property subject to forfeiture").

The Order provided that it would become final as to Defendant at the time of sentencing and would become a final order of forfeiture if no third party filed a timely claim to the forfeited property. The Court has sentenced Defendant, and no one has filed a claim to the forfeited property. The preliminary order of forfeiture, therefore, ripens into a final order of forfeiture. The United States now has all right, title, and interest in the forfeited property. Any prior claims in and against the forfeited property are extinguished and declared void. The property shall be turned over to the United States Marshals Service and disposed of according to law.

So Ordered.

/s/Billy Roy Wilson
UNITED STATES DISTRICT JUDGE