IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

UNITED STATES OF AMERICA

VS.                          4:13-CR-00326-BRW

JASON WOODRING

## ORDER

For the reasons set out below, Defendant's Motion for Compassionate Release (Doc. No. 55) is DENIED.

On March 10, 2015, Defendant pled guilty to two counts of destruction of an energy facility, using a fire to commit a felony, and being drug user in possession of a firearm.[1] On June 18, 2015, he was sentenced to 180 months in prison.[2]

Defendant wants compassionate release based on COVID-19 and his health conditions. These are not "extraordinary and compelling" reasons warranting relief. Additionally, compassionate release is not appropriate after considering the § 3553(a) factors – specifically the need for the sentence to reflect the severity of the offense and to protect the public from further crimes by Defendant.

IT IS SO ORDERED, this 28th day of March, 2022.

                                              Billy Roy Wilson
                                              UNITED STATES DISTRICT JUDGE

---

[1] Doc. Nos. 29, 30.

[2] Doc. Nos. 35, 36.